IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| AFFINITY LABS OF TEXAS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 9:08-CV-171 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| ALPINE ELECTRONICS OF AMERICA, INC.; CLARION CORPORATION OF AMERICA; FUJITSU TEN. CORPORATION OF AMERICA, INC.; JVC AMERICAS CORPORATION; KENWOOD USA CORPORATION; PIONEER ELECTRONICS USA, INC.; AND SPEAKERCRAFT, INC., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the court is Plaintiff Affinity Labs of Texas, LLC's Unopposed Motion to Amend its Disclosure of Asserted Claims and Infringement Contentions [Doc. # 130]. Affinity Labs's Amended Disclosure and Contentions only narrows the number of asserted claims and adds additional details regarding the basis for asserting infringement. The court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff Affinity Labs of Texas, LLC's Unopposed Motion to Amend its Disclosure of Asserted Claims and Infringement Contentions [Doc. # 130] is GRANTED.

So **ORDERED** and **SIGNED** this **9**   day of **July, 2009.**

_____
Ron Clark, United States District Judge