**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| AFFINITY LABS OF TEXAS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 9:08CV171 |
| v. | § | |
| | § | |
| ALPINE ELECTRONICS OF AMERICA, INC., ET AL., | § | JUDGE RON CLARK |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING DEFENDANTS JVC AMERICAS CORP. AND KENWOOD USA CORPORATION'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

Before the court is Defendants JVC Americas Corp. and Kenwood USA Corporation's motion for leave to amend their Invalidity Contentions pursuant to Patent Rule 3-6 [Doc. #158]. Plaintiff Affinity Labs of Texas, LLC does not oppose the motion, subject to certain reservations of rights. [*See* Doc. #158 at 2.] The court is of the opinion that this motion should be granted.

Therefore, Defendants JVC Americas Corp. and Kenwood USA Corporation's Consent Motion for Leave to Amend Their Invalidity Contentions [Doc. #158] is hereby **GRANTED**.

So **ORDERED** and **SIGNED** this **27** day of **October, 2009.**

_____
Ron Clark, United States District Judge