UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DIVISION: LUFKIN | § DATE: 11/2/10 |
| | § |
| JUDGE: RON CLARK | § REPORTER: CHRIS BICKHAM |
| | § |
| AFFINITY LABS OF TEXAS | § CIVIL NO.: |
| *PLAINTIFF* | §           9:08cv171 |
| | § |
| | § |
| ALPINE, ET AL (171) | § |
| *DEFENDANT* | § C/R DEPUTY: Patricia Leger |

Attorneys for Plaintiff: Matt Gaudet
Attorney for Defendant: Steve Routh

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:   Re: Settlement Hearing - 12:59 p.m.  Judge addressed the parties.  The parties announced.  Judge addressed the parties re:  Settlement.  Mr. Gaudet responded.  Judge responded.  Mr. Gaudet responded.  Judge responded.  Mr. Gaudet responded.  Mr. Routh responded.  Judge responded.  Mr. Gaudet responded.  Judge responded.  Mr. Routh responded.  Judge ordered transcript of this hearing be sealed.  Mr. Gaudet responded.  Judge responded.  Mr. Routh responded.  Mr. Gaudet responded.  Judge address parties Re: Attorney's fees and costs.  Mr. Gaudet responded.  Mr. Routh responded.  Judge responded.  Mr. Gaudet responded.  Judge responded.  Mr. Routh responded.  Mr. Gaudet responded.  Judge responded.  Mr. Routh responded.  Judge addressed parties Re: Counterclaims.  Mr. Routh responded.  Judge responded.  Mr. Gaudet responded.  Judge approved settlement.  1:12 pm Court adjourned.

DAVID J. MALAND, CLERK

/s/ Patricia Leger
Deputy Clerk

TOTAL TIME: ___ hrs. 13 mins.                   ☐ See Addt'l. Proceedings